1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Natividad Gutierrez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>SINATH L. HORN, et al.,<br><br>            Defendants. | No. 1:12-cv-00473-LJO-SKO<br><br>**STIPULATION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT AND TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

**WHEREAS**, Plaintiff Natividad Gutierrez ("Plaintiff") and Defendants Sinath L. Horn, Daljit Kaur and Deepinder Singh dba Shop N Rite Liquor ("Defendants," and together with Plaintiff, the "Parties") are engaged in preliminary settlement negotiations and are optimistic that a settlement will be reached;

**WHEREAS**, counsel for Defendants has been recently hospitalized and has not been able to fully devote his attention to the resolution of this matter and requires additional time to recover;

**WHEREAS**, all Defendants' responsive pleadings are currently past due;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for July 17, 2012 which will not provide the parties enough time to explore and/or complete a resolution through

---

Stipulation to Extend Time for Responsive Pleading and to Continue Scheduling Conference; [Proposed] Order

Page 1

settlement in light of Defendants' counsel's illness and Plaintiff's counsels' unavailability due to vacation from June 29, 2012 through August 3, 2012;

**WHEREAS**, Plaintiff and Defendants desire to conserve the resources of this Court and avoid incurring additional attorney fees and costs both in the filing of responsive pleadings and in preparation for the scheduling conference;

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, by and through their respective counsel, that Defendants be given to and including July 20, 2012 within which to respond to Plaintiff's complaint;

**IT IS FURTHER STIPULATED** that the Mandatory Scheduling Conference in this matter be continued to a date after August 3, 2012 at the Court's convenience in order to allow the parties time to explore and, if possible, finalize settlement.

Dated: May 16, 2012                                    MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff Natividad Gutierrez

/s/ Bruce A. Neilson
Bruce A. Neilson, Attorney for
Defendants Sinath L. Horn, Daljit Kaur
and Deepinder Singh dba Shop N Rite
Liquor

**ORDER**

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that all Defendants shall have to and including July 20, 2012, within which to file their responsive pleadings.

**IT IS FURTHER ORDERED** that the Mandatory Scheduling Conference currently set for July 17, 2012, be continued to August 23, 2012, at 9:45 a.m., in Courtroom 7 before the

Honorable Sheila K. Oberto. A Joint Scheduling Report shall be filed seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated:  **May 16, 2012**                              **/s/ Sheila K. Oberto**
                                                                 UNITED STATES MAGISTRATE JUDGE