1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Natividad Gutierrez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | No. 1:12-cv-00473-LJO-SKO |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT AND TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |
| vs. | |
| SINATH L. HORN, et al., | |
| Defendants. | |

**WHEREAS**, Plaintiff Natividad Gutierrez ("Plaintiff") and Defendants Sinath L. Horn, Daljit Kaur and Deepinder Singh dba Shop N Rite Liquor ("Defendants," and together with Plaintiff, the "Parties") are engaged in preliminary settlement negotiations and are optimistic that a settlement will be reached;

**WHEREAS**, counsel for Defendants has been recently hospitalized and has not been able to fully devote his attention to the resolution of this matter and requires additional time to recover;

**WHEREAS**, all Defendants' responsive pleadings are currently past due;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for July 17, 2012 which will not provide the parties enough time to explore and/or complete a resolution through

1 settlement in light of Defendants' counsel's illness and Plaintiff's counsels' unavailability due
2 to vacation from June 29, 2012 through August 3, 2012;

3     **WHEREAS**, Plaintiff and Defendants desire to conserve the resources of this Court and
4 avoid incurring additional attorney fees and costs both in the filing of responsive pleadings and
5 in preparation for the scheduling conference;

6     **IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, by and
7 through their respective counsel, that Defendants be given to and including July 20, 2012 within
8 which to respond to Plaintiff's complaint;

9     **IT IS FURTHER STIPULATED** that the Mandatory Scheduling Conference in this
10 matter be continued to a date after August 3, 2012 at the Court's convenience in order to allow
11 the parties time to explore and, if possible, finalize settlement.

12 Dated: May 16, 2012                              MOORE LAW FIRM, P.C.

14                                  /s/ Tanya E. Moore
                                 Tanya E. Moore
15                                  Attorneys for Plaintiff Natividad Gutierrez

16                                  /s/ Bruce A. Neilson
17                                  Bruce A. Neilson, Attorney for
                                 Defendants Sinath L. Horn, Daljit Kaur
18                                  and Deepinder Singh dba Shop N Rite
19                                  Liquor

20

21

22

23                                         **ORDER**

24     The parties having so stipulated and good cause appearing,

25     **IT IS HEREBY ORDERED** that all Defendants shall have to and including July 20,
26 2012, within which to file their responsive pleadings.

27     **IT IS FURTHER ORDERED** that the Mandatory Scheduling Conference currently set
28 for July 17, 2012, be continued to August 23, 2012, at 9:45 a.m., in Courtroom 7 before the

1  Honorable Sheila K. Oberto.  A Joint Scheduling Report shall be filed seven (7) days prior to
2  the scheduling conference.

IT IS SO ORDERED.

   Dated: __**May 16, 2012**__             __**/s/ Sheila K. Oberto**__
                                                       UNITED STATES MAGISTRATE JUDGE