K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>SINATH L. HORN, et al.,<br><br>    Defendants. | No.  1:12-CV-00473-LJO-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

   IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Sinath L. Horn, Daljit Kaur and Deepinder Singh dba Shop N Rite Liquor, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: July 13, 2012                                                      MOORE LAW FIRM, P.C.


                                                                                     /s/Tanya E. Moore
                                                                                     Tanya E. Moore
                                                                                     Attorney for Plaintiff Natividad Gutierrez

///

*Gutierrez v. Horn, et al.*
Stipulation for Dismissal of Action;[Proposed] Order
                                         Page 1

Date: July 12, 2012    /s/ Bruce A. Neilson
Bruce A. Neilson
Attorney for Defendants Sinath L. Horn,
Daljit Kaur and Deepinder Singh dba Shop
N Rite Liquor

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **July 13, 2012**    /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

*Gutierrez v. Horn, et al.*
Stipulation for Dismissal of Action;[Proposed] Order
Page 2