1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Natividad Gutierrez

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11  NATIVIDAD GUTIERREZ,                ) No. 1:12-CV-00473-LJO-SKO
                                        )
12          Plaintiff,                  ) **STIPULATION FOR DISMISSAL OF**
                                        ) **ACTION; ORDER**
13      vs.                             )
                                        )
14                                      )
                                        )
15  SINATH L. HORN, et al.,             )
                                        )
16          Defendants.                 )
                                        )
17  _____)

18

19      IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and

20  Defendants Sinath L. Horn, Daljit Kaur and Deepinder Singh dba Shop N Rite Liquor, the

21  parties to this action, by and through their respective counsel, that pursuant to Federal Rule of

22  Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its

23  entirety.

24  Date: July 13, 2012                          MOORE LAW FIRM, P.C.

25

26                                               /s/Tanya E. Moore
                                                 Tanya E. Moore
27                                               Attorney for Plaintiff Natividad Gutierrez

28  ///

*Gutierrez v. Horn, et al.*
Stipulation for Dismissal of Action;[Proposed] Order
                           Page 1

Date: July 12, 2012                                              /s/ Bruce A. Neilson
                                                                 Bruce A. Neilson
                                                                 Attorney for Defendants Sinath L. Horn,
                                                                 Daljit Kaur and Deepinder Singh dba Shop
                                                                 N Rite Liquor

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.


IT IS SO ORDERED.

Dated:   **July 13, 2012**                           **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE

*Gutierrez v. Horn, et al.*
Stipulation for Dismissal of Action;[Proposed] Order
Page 2